UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF IRON WORKERS
DEFINED CONTRIBUTION PENSION
FUND, *et al.*,

        Plaintiffs,

v.

NEXT CENTURY REBAR, LLC,

        Defendant.
_____/

Case No. 21-cv-13041

Honorable Nancy G. Edmunds

## JUDGMENT

Plaintiffs Trustees of the Iron Workers' Local No. 25 Pension Fund, *et al.*, bring this action pursuant to the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1132, to collect delinquent fringe benefit contributions owed to them by Defendant Next Century Rebar, LLC. In an opinion and order entered this date, the Court granted summary judgment to Plaintiffs. Now therefore, **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs are awarded the following damages as against Defendant Next Century Rebar, LLC, pursuant to 29 U.S.C. 1132(g)(2):

    $1,787,300.75 as Unpaid Contributions; and

    $143,075.41 as Interest; and

    $288,598.80 as Liquidated Damages
        and/or Additional Assessments

    For a Total of **$2,218,974.96**;

*Plus Costs and Reasonable Attorneys' Fees*

As Plaintiffs' claims have been resolved, IT IS **ORDERED that this case is DISMISSED**.

        **SO ORDERED**.

                                        s/ Nancy G. Edmunds
                                        Nancy G. Edmunds
                                        United States District Judge

Dated: September 17, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 17, 2023, by electronic and/or ordinary mail.

        s/ Lisa Bartlett
        Case Manager