UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF IRON WORKERS
DEFINED CONTRIBUTION PENSION
FUND, *et al.*,

        Plaintiffs,

v.

NEXT CENTURY REBAR, LLC,

        Defendant.
_____/

Case No. 21-cv-13041

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING NOVEMBER 29, 2023
REPORT AND RECOMMENDATION [51]**

This matter is before the Court on the Magistrate Judge's November 29, 2023 Report and Recommendation (ECF No. 51) on Plaintiffs' pending Motion for Attorney Fees (ECF No. 48). In their motion, Plaintiffs seek to amend this Court's judgment to include specific costs and attorney fees of $18,233.15 and $110,902.50, respectively. The Magistrate Judge recommends that the Court grant Plaintiffs' motion in part and award to Plaintiffs the full amount of costs requested and a total of $99,812.25 in attorney fees, which is equal to the total amount of fees requested less ten percent.

The time period for filing objections to the Magistrate Judge's report has passed, no objections having been filed. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140 (1985)). The Court nevertheless reviewed the report and recommendation and finds it agrees with the Magistrate Judge's reasoning and conclusion.

1

Accordingly, the Court **ACCEPTS and ADOPTS** the Magistrate Judge's report and recommendation (ECF No. 51) and **GRANTS IN PART** Plaintiff's motion for attorney fees. (ECF No. 48.) The judgment shall be amended to include costs and fees awarded.

**SO ORDERED**.

> s/Nancy G. Edmunds
> Nancy G. Edmunds
> United States District Judge

Dated: December 20, 2023


I hereby certify that a copy of the foregoing document was served upon counsel of record on December 20, 2023, by electronic and/or ordinary mail.

> s/Lisa Bartlett
> Case Manager