UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF IRON WORKERS  
DEFINED CONTRIBUTION PENSION  
FUND, *et al.*,

        Plaintiffs,

v.

NEXT CENTURY REBAR, LLC,

        Defendant.

_____/

Case No. 21-cv-13041

Honorable Nancy G. Edmunds

**AMENDED JUDGMENT**

Plaintiffs Trustees of the Iron Workers' Local No. 25 Pension Fund, *et al.*, bring this action pursuant to the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1132, to collect delinquent fringe benefit contributions owed to them by Defendant Next Century Rebar, LLC. In an opinion and order entered September 17, 2023, the Court granted summary judgment to Plaintiffs and entered judgment in the amount of $2,218,974.96. Consist with the order entered herewith, this Court hereby amends that judgment to include costs and attorney fees equal to $18,233.15 and $99,812.25, respectively.

1

Now therefore, **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs are awarded the following damages as against Defendant Next Century Rebar, LLC, pursuant to 29 U.S.C. 1132(g)(2):

$1,787,300.75 as Unpaid Contributions; and

$143,075.41 as Interest; and

$288,598.80 as Liquidated Damages and/or Additional Assessments

Totaling $2,218,974.96;

Plus $18,233.15 in costs and $99,812.25 in attorney fees.
For a Grand Total of **$2,337,020.36**

**SO ORDERED**.

s/ Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: December 20, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 20, 2023, by electronic and/or ordinary mail.

s/ Lisa Bartlett
Case Manager